ADS

FILED

2012 OCT -1 PM 1:36

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>Alfred DJ Griffen,<br>Aka "Dominic"<br>Defendant. | MAGISTRATE CASE NO. '12MJ3629<br>COMPLAINT FOR VIOLATION OF:<br>Title 18 U.S.C. §1591-Sex Trafficking of Children |

The undersigned Complainant, being duly sworn, states:

On or about and between June 2012 and September 27, 2012, within the Southern District of California, defendant Alfred DJ Griffen aka "Dominic", knowingly, in and affecting interstate and foreign commerce, did recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, to wit: J.C. (age 17), knowing and in reckless disregard of the fact that J.C. would be caused to engage in a commercial sex act, having had a reasonable opportunity to observe J.C. and knowing and in reckless disregard of the fact that J.C. had not attained the age of 18 years; in violation of Title 18, United States Code, Sections 1591(a) and (b).

And the complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

[signature]

Detective Eric Drilling
San Diego Police Department
Special Deputy-U.S. Marshal

Sworn to me and subscribed in my presence this 1st day of October 2012.

[signature]

UNITED STATES MAGISTRATE JUDGE

Arrest date 9/27/12 [initials]

## STATEMENT OF FACTS

I am a peace officer employed by the San Diego Police Department (SDPD) and have been so employed for about 14 years. I am currently assigned to the San Diego Police Vice Unit and I am a member of the San Diego Innocence Lost Task Force, a task force focused on investigating child prostitution. I am cross sworn as a Deputy United States Marshal.

On September 27th, 2012, SDPD Detective Bales and his vice team conducted an "outcall" operation at the Hard Rock hotel located at 207 5th Ave San Diego, CA. An outcall operation is where detectives will obtain a room and call suspected women working as prostitutes willing to come to their location and engage in commercial sex acts. During the operation, Detective Bales located an escort ad for 17 year old J.C., a runaway from Sacramento, CA. The ad was posted on the Internet website www.myredbook.com (#419249) and it featured five photos of J.C. One of the photos featured J.C. fully clothed. One of the photos featured J.C.'s nude buttocks. Two of the photos featured J.C. standing nude with her breasts and vagina exposed. The last photo featured a close up of J.C.'s vagina with her legs spread apart. Detective Bales called the phone number listed on the ad (916) xxx-6636 and spoke to a female. She agreed to meet Detective Bales at his hotel room at the Hard Rock. Approximately 30 minutes later, J.C. arrived at the hotel and met with Detective Bales, who solicited an act of prostitution from her for a total of $200 (oral sex and sexual intercourse). This criminal act was digitally recorded (Audio). J.C. was arrested for prostitution. J.C. was admonished of her Miranda rights and agreed to speak to detectives. She told detectives that she was brought to the hotel by a black male friend named "Dominic" who was driving a blue car.

At the time of J.C.'s arrest, she was in possession of the cell phone with the phone number

Detective Bales called earlier. Detective Bales conducted an initial search of the cell phone content and found multiple text messages related to pimping and prostitution, including the text messages between GRIFFEN and J.C.

Immediately after the above arrest, several San Diego Police Detectives were set up on surveillance outside the Hard Rock to locate any possible pimp(s) or associates of J.C. During Det. Bales' search of J.C.'s phone, he located an entry named "Dominic." Under "Dominic", there was a text thread containing language that was consistent with pimping and prostitution. Detective Bales started sending text messages to "Dominic", later identified as Alfred DJ GRIFFEN, to determine whether or not he was currently engaged in pimping J.C. In the first series of messages to GRIFFEN, Detective Bales posed as J.C. asking how much she should charge for anal sex.

GRIFFEN responded by instructing J.C. to charge between $80-$100 extra for anal sex. He also instructed J.C. to "take it" in reference to anal sex. Detective Bales then let GRIFFEN know J.C. was finished with her "date" and that she was finished for the night. GRIFFEN responded he was coming to pick J.C. up from a short distance away. Based on my training and experience, I know pimps will often monitor their prostitutes and give them direction while they are engaged in prostitution. This response was consistent with a pimp who was actively supervising a prostitute.

A short time later, GRIFFEN sent a message that he was at the hotel to pick J.C. up. Shortly afterward, Detective Johnson and I observed a black male driving a blue Honda pull in front of the hotel. Detective Bales used J.C.'s phone to make a phone call to GRIFFEN. At the time he made the call, Detective Bales had a direct view of GRIFFEN sitting in his vehicle. Detective Bales watched GRIFFEN'S phone light up when he placed the call. I moved in and approached GRIFFEN. He was holding his cell phone in his left hand and could see the last text message on the screen. It read, "I think I'm done for tonight." I grabbed GRIFFEN's cell phone from his hand and

Detective Kellner placed GRIFFEN under arrest for 653.23(a) P.C. – Assisting with prostitution.

I then searched GRIFFEN'S phone incident to arrest. In the phone, I found the text conversation between GRIFFEN and Detective Bales posing as J.C. I also located several sexually explicit nude photos of J.C. which displayed her breasts and vagina. The photos in GRIFFEN's cell phone were the same photos that were uploaded to www.myredbook.com earlier in the evening and described above. I also located a text message thread between GRIFFEN and another person named "Lamar." In that thread, GRIFFEN told "Lamar" he was dropping J.C. off in Oceanside, CA for a date around seven o' clock on September 27th, 2012.

I downloaded GRIFFEN's phone using the Cellebrite system. I was then able to identify the phone number attached to his phone. I was unable to download J.C.'s phone. She provided me the unlock code for her phone and I was able to view the number for the phone in the settings menu. I also called the phone and verified the listed number was correct (916) xxx-6636.

J.C. was interviewed by Detective Johnson. During her interview, J.C. stated another female took the nude photos of her. J.C. then sent the photos to GRIFFEN's phone so she could post herself on the internet using his phone. J.C. also stated she has been with GRIFFEN since March 2012, and has been working as a prostitute for GRIFFEN since June 2012. GRIFFEN has taken J.C. on several trips outside Sacramento, CA where they are from to engage in prostitution.

GRIFFEN was interviewed by Detectives Johnson and Bales after being read and waiving his Miranda rights. He admitted to knowing J.C. was working as a prostitute and that the reason they were going to the Hard Rock tonight was so J.C. could commit the crime of prostitution. GRIFFEN also corroborated J.C.'s statement that she has been working as a prostitute for him since June 2012. In the past three months, GRIFFEN admitted taking J.C. on numerous trips throughout California so she could work as a prostitute. GRIFFEN stated he knows how old J.C. is (under age 18) because

she lives at his aunt's foster home for youth.

Regarding the nude photos of J.C. found on GRIFFEN'S phone, he stated that J.C. sent him nude photos of herself so she could post herself on the internet using his phone. GRIFFEN told investigators he quit his job three weeks ago and currently has no other source of income other than J.C.'s prostitution.

GRIFFEN was ultimately transported to San Diego County Jail with a courtesy hold for federal charges.

Detective Eric Drilling
San Diego Police Dept
Special Deputy-US Marshal

On the basis of the facts presented in the statement of facts consisting of five pages, I find probable cause to believe that the defendant committed the offense from June 2012 to September 27, 2012 in violation of 18 U.S.C. §1591(a) and (b).

Date: **1:18 PM, Sep 29, 2012**

UNITED STATES MAGISTRATE JUDGE

**Nita L. Stormes**